(101 So. 638)

Ex parte J. W. THACKER.   (6 Div. 284.)

(Supreme Court of Alabama.   Oct. 16, 1924.)

Certiorari to Court of Appeals.

W. E. James, of Cullman, and James J. Mayfield, of Montgomery, for petitioner.

·Harwell G. Davis, Atty. Gen., and Brown & Griffith, of Cullman, opposed.

ANDERSON, C. J.  Petition of J. W. Thacker for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Thacker, alias, v. State, 20 Ala. App. 302, 101 So. 636.

Writ denied.

SAYRE, GARDNER, and MILLER, JJ., concur.